IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandra Ruiz,<br><br>    Plaintiff,<br><br> vs.<br><br>Experian Information Solutions, Inc.,<br><br>    Defendant. | **Case No. CV 15-01996-PHX-JAT**<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc. with Prejudice (Doc. 42),

**IT IS ORDERED** that Defendant Experian is dismissed from this action with prejudice, with each party to bear its own attorneys' fees and costs. Because Experian is the only Defendant, the Clerk of the Court shall close this case.

Dated this 24th day of August, 2016.

*James A. Teilborg*
Senior United States District Judge